LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

DIGITAL DOLPHIN PRODUCTS, LLC,

Debtor.

Case No. 26-11119-abl
Chapter 11

## STIPULATION BY AND BETWEEN THE DEBTOR AND THE U.S. SMALL BUSINESS ADMINISTRATION REGARDING CLASSIFICATION OF CLAIM

Digital Dolphin Products, LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), and the U.S. Small Business Administration (the "SBA"), by and through their respective undersigned counsel, hereby STIPULATE and AGREE (the "Stipulation") as follows:

1. On September 8, 2020, the Debtor, as borrower, and the SBA, as lender, entered into a Loan Authorization and Agreement (the "SBA Loan Agreement") for an Economic Injury Disaster Loan (the "EIDL") in the original principal amount of $150,000. The EIDL was evidenced by a Note (the "SBA Note"), and the obligation was secured by a Security Agreement (the "SBA Security Agreement"), which pledged a security interest in favor of the SBA in substantially all of the Debtor's personal property to secure repayment of the SBA Note.

2. On September 17, 2020, the SBA filed a UCC-1 financing statement against the Debtor to perfect its security interest. As of September 17, 2025, however, the SBA's security

interest lapsed as it did not file any renewal within five (5) years.

3.    On February 23, 2026 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing its bankruptcy case (the "Chapter 11 Case"). The Debtor has elected to be treated under Subchapter V of chapter 11 on its Voluntary Petition, and thus is authorized to continue operating its business and managing its financial affairs as debtor in possession pursuant to § 1184 of the Bankruptcy Code. Nathan F. Smith has been appointed as Subchapter V Trustee in the Chapter 11 Case [ECF No. 8]. The *Notice of Chapter 11 Case* [ECF No. 3] in the Debtor's Chapter 11 Case set a deadline for all creditors, other than governmental units, to file claims of May 4, 2026, and for all creditors that are governmental units a deadline of August 24, 2026 (the "Claims Bar Dates"). As of the filing of this Stipulation, the SBA has not filed any proof of claim in this Chapter 11 Case.

4.    On April 3, 2026, the Debtor filed a *Motion to: (I) Approve the Sale of Substantially All of Its Assets Free and Clear of All Liens, Claims, Encumbrances and Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* (the "Sale Motion") [ECF No. 45], which is set for hearing on April 21, 2026.

5.    In light of the pending Sale Motion, and the Claims Bar Dates being set well after the hearing thereon, and thus the need to clarify the priority position of secured creditors, and in the interests of judicial economy and to avoid unnecessary litigation expenses, the Debtor asserts that there is an immediate need to classify the SBA's allowed claims in this case. The undersigned parties have conferred regarding this matter, and agree that the SBA's security interest against the Debtor's property was unperfected as of the Petition Date, and thus is avoidable pursuant to § 544 of the Bankruptcy Code. Accordingly, the undersigned parties agree that the SBA is and shall be treated as only a general unsecured creditor in this Chapter 11 Case, and thus that the SBA shall have a secured claim of $0, and an allowed general unsecured claim against the Debtor of not less than $150,000.

6.    Except as set forth herein, the undersigned parties otherwise reserve any and all

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

rights and remedies herein, and nothing herein is intended or should be construed as limiting the SBA's ability to file a proof of claim for a higher amount.

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and request that the Court enter the order submitted herewith, thus approving this Stipulation and granting the relief requested.

Dated: April 15, 2026.

APPROVED:

By: _____
U.S. SMALL BUSINESS ADMINISTRATION
Office of General Counsel
Anne C. Manalili, Esq.,
California Bar No. 193483
312 N. Spring St., 5th Floor
Los Angeles, CA 90012
P: 213-634-3875
Email: Anne.Manalili@sba.gov

APPROVED:

By:   /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
Matthew C. Zirzow, Esq., NVB 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
P: (702) 382-1170
Email: mzirzow@lzlawnv.com

Proposed Attorneys for Debtor

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

3