Official Form 417A (12/23)

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

**In re:**
**DIGITAL DOLPHIN PRODUCTS, LLC**
  **Debtor in Possession**

**Case No. 26-11119-ABL**
**Chapter 11**

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):   **Justin Cotton-Eugene, Quire Products, LLC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ❑ Plaintiff
   - ❑ Defendant
   - ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ❑ Debtor
   - ❑ Creditor
   - ❑ Trustee
   - ☒ Other (describe) **Creditors**

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   **ECF 110 - order to sell property free and clear of liens; ECF 111 - order to approve compromise**

2. State the date on which the judgment—or the appealable order or decree—was entered:
   **ECF 110 - May 13, 2026; ECF 111 - May 13, 2026**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **Justin Cotton-Eugene and Quire Office Products LLC**    Attorney: David A. Riggi, Esq.
   **7900 W Sahara Ave Suite 100**
   **Las Vegas, NV 89117**
   **702-463-7777**

2. Party: **Digital Dolphin Products, LLC**    Attorney: **Matthew C. Zirzow, Esq.**
   **850 Bonneville Ave.**
   **Las Vegas, NV 89101**
   **702-382-1170**

## **Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## **Part 5: Sign below**

*/s/ David A. Riggi .*
_____
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: May 27, 2026
_____

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

David A. Riggi, Esq.
7900 W Sahara Ave Suite 100
Las Vegas, NV 89117
702-463-7777

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Part 3 additional page

| Party: | Attorney: |
|---|---|
| CalPrivate Bank | CANDACE C CARLYON<br>CARLYON CICA CHTD.<br>265 E. WARM SPRINGS RD,    STE 107<br>LAS VEGAS, NV 89119<br>(702) 685-4444<br>(725) 220 4360 (fax)<br>ccarlyon@carlyoncica.com |