**DAVID A. RIGGI, ESQ.**
Nevada Bar No. 4727
RIGGI LAW FIRM
7900 W. Sahara Avenue, Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7777
E-mail:  riggilaw@gmail.com
*Attorney for Appellant*

| | |
|---|---|
| In re: | Case No. 26-11119-ABL |
| **DIGITAL DOLPHIN PRODUCTS, LLC,** | |
| Debtor. | |
| | Chapter 11 |
| **JUSTIN COTTON-EUGENE and QUIRE OFFICE PRODUCTS, LLC,** | |
| Appellants | BAP NV-26-1124 |
| **vs.** | |
| **DIGITAL DOLPHIN PRODUCTS, LLC,** | |
| Appellees | |

### APPELLANTS' DESIGNATION OF RECORD ON APPEAL

Appellants Justin Cotton-Eugene and Quire Office Products LLC, by their attorney David A. Riggi, Esq., designate the attached record on appeal pursuant to Federal Rule of Bankruptcy Procedure 8009. In addition, transcripts of hearings related to the Compromise Order (ECF No.111) have been ordered as evidenced by the attached transcript order documents.

Dated:  June 10, 2026

By: */s/ David A. Riggi*
   David A. Riggi, Esq.
   Nevada Bar No. 4727
   7900 W. Sahara Avenue, Suite 100
   Las Vegas, Nevada 89117
   Telephone: (702) 463-7777
   E-mail: riggilaw@gmail.com
   *Attorneys for Appellants*

1