**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

*AMENDED* Fee Application Cover Sheet

Case No.:   26-11119-abl   Chapter:   11   Hearing Date/Time:   August 5, 2026
                                                                1:30 p.m.

Debtor:   Digital Dolphin Products, LLC

Applicant:   Larson & Zirzow, LLC, as general bankruptcy counsel to the Debtor

Date of Employment:        Retention Order entered 4/9/26, but effective as of Petition Date of
                           2/23/26

Interim Fee Application No.: _____ OR   Final Fee Application   X

**Amounts Requested:**                        Client Approval:   Yes ☒   No ☐

**Fees:**   $80,517.00

**Expenses:**   $4,802.98

**Total:**   $85,319.98

**Hours:**   143.0                            Blended Rate:   $563.06/hr.

Fees Previously Requested:   $0          Awarded:  $

Expenses Previously Requested:  $0       Awarded:  $

Total Previously Requested:   $0         Awarded:  $

Total Amount Paid:   $0                  Awarded:  $

I certify under penalty of perjury that the above is true.

*/s/ Matthew C. Zirzow*                   Date:   July 30, 2026
Signature

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Reorganized Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

DIGITAL DOLPHIN PRODUCTS, LLC,

Debtor.

Case No. 26-11119-abl
Chapter 11

Date:   August 5, 2026
Time:  1:30 p.m.

### SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION OF LARSON & ZIRZOW, LLC AS BANKRUPTCY COUNSEL FOR THE DEBTOR FOR THE ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED

Digital Dolphin Products, LLC, a Nevada limited liability company, as liquidating debtor (the "Debtor"), submits its supplement (the "Supplement") to its *First and Final Fee Application* filed on June 23, 2026 (the "Application") [ECF No. 160].[1] L&Z's Application sought the allowance of fees and costs for the period from the Petition Date of February 23, 2026 through the anticipated Effective Date of the confirmed Plan in July 2026 (the "Compensation Period"). When L&Z filed the Application on June 23, 2026, in the interests of time, it included its fees and expenses incurred only though the Confirmation Hearing on the Plan on June 17, 2026, but also advised that it may have a small supplement thereto for additional fees and costs incurred between that Confirmation Hearing on June 17, 2026 and the Plan's Effective Date on July 13, 2026 [ECF

---

[1] Undefined capitalized terms herein shall have the same meanings as the Application.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

No. 196], which it would file prior to the hearing on the Application.

Accordingly, in supplement to the Application, for the period from the June 17, 2026 Confirmation Hearing through and including the Plan's Effective Date on July 13, 2026, L&Z seeks the allowance of an *additional* $1,664.50 in fees for services rendered, and reimbursement of an additional $432.64 for expenses incurred, for a total additional amount of $2,097.14 and all as detailed on the attached as **Exhibit 1**. Most of the foregoing additional time was incurred finalizing the Application, noticing of the Debtor's confirmed Plan of reorganization, and attention to the appeals filed by creditor Justin Cotton-Eugene and Quire Office Products.

WHEREFORE, for the Compensation Period, as supplemented herein, L&Z's Application seeks allowance of the total amended sum of **$80,517.00** in fees for services rendered, and reimbursement in the amended sum of **$4,802.98** in expenses incurred, for a total amended aggregate amended allowed amount of **$85,319.98**.

Dated: July 30, 2026.

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Reorganized Debtor

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

# EXHIBIT 1

EXHIBIT 1

**SUPPLEMENT**
**SUMMARY OF TASK CODES**

| *TASK CODE/PROFESSIONAL* | *Hours* | *Rate* | *Amount* |
|---|---|---|---|
| **B110 - Case Administration/General Bankruptcy Matters** | | | |
| Trish Huelsman | 0.6 | $295.00 | $177.00 |
| **B160 - L&Z Retention & Compensation** | | | |
| Matthew Zirzow | 0.4 | $650.00 | $260.00 |
| Trish Huelsman | 3.3 | $295.00 | $973.50 |
| **B190 - Litigation & Contested Matters** | | | |
| Matthew Zirzow | 0.3 | $650.00 | $195.00 |
| Trish Huelsman | 0.1 | $295.00 | $29.50 |
| **B210 - Confirmation** | | | |
| Trish Huelsman | 0.1 | $295.00 | $29.50 |
| | **4.8** | | **$1,664.50** |

| *TASK CODE* | | | |
|---|---|---|---|
| B110 - Case Administration/General Bankruptcy Matters | 0.6 | | $177.00 |
| B160 - L&Z Retention & Compensation | 3.7 | | $1,233.50 |
| B190 - Litigation & Contested Matters | 0.4 | | $224.50 |
| B210 - Confirmation | 0.1 | | $29.50 |
| **Total:** | **4.8** | | **$1,664.50** |

| | |
|---|---|
| Supplement Total Fees: | $1,664.50 |
| Supplement Total Costs: | $432.64 |
| **Total Supplement Request:** | **$2,097.14** |
| Fees in Application | $78,852.50 |
| **Total Fees:** | **$80,517.00** |
| Costs in Application | $4,370.34 |
| **Total Costs:** | **$4,802.98** |
| Hours in Application | 138.2 |
| **Total Hours:** | **143.0** |
| **Blended Rate:** | **$563.06** |
| **Total Request First and Final:** | **$85,319.98** |

| Date | Initials | Explanation | Hours | Rate | Total |
|---|---|---|---|---|---|
| **B110 - Case Administration/General Bankruptcy Matters** | | | | | |
| 6/25/2026 | TH | Attention to May MOR due diligence; review and redact bank statements (.2); prepare exhibits from provided spreadsheet and compile | 0.6 | $295.00 | $177.00 |
| | | **Total:** | **0.6** | | **$177.00** |
| **B160 - L&Z Retention & Compensation** | | | | | |
| 6/22/2026 | TH | Attention to task codes and time entries (.5); prepare exhibits to Final Fee Application (1.4); revisions to application (.4) | 2.3 | $295.00 | $678.50 |
| 6/23/2026 | TH | Revisions to draft application for compensation and related exhibits (.8); prepare declaration in support (.1). | 0.9 | $295.00 | $265.50 |
| 6/23/2026 | MZ | Reviewing revising and finalizing L&Z fee application. | 0.4 | $650.00 | $260.00 |
| 6/23/2026 | TH | Finalize L&Z Final Fee Application and related Declaration. | 0.1 | $295.00 | $29.50 |
| | | **Total:** | **3.7** | | **$1,233.50** |
| **B190 - Litigation & Contested Matters** | | | | | |
| 6/23/2026 | TH | Finalize Supplemental Designation of Record for appeals #26-13 and #26-14 | 0.1 | $295.00 | $29.50 |
| 6/23/2026 | MZ | Preparing supplemental designations of record on appeal as appellee (from sale order and settlement order). | 0.3 | $650.00 | $195.00 |
| | | **Total:** | **0.4** | | **$224.50** |
| **B210 - Confirmation** | | | | | |
| 6/26/2026 | TH | Prepare Notice of Entry of Order Confirming Plan. | 0.1 | $295.00 | $29.50 |
| | | **Total:** | **0.1** | | **$29.50** |

## COST SUMMARY

| Date | Expense | Quantity | Cost | Total |
|------|---------|---------:|-----:|------:|
| 6/29/2026 | Copies | 1,800 | $0.10 | $180.00 |
| 7/8/2026 | Copies | 184 | $0.25 | $46.00 |
| 7/8/2026 | Postage | 1 | $206.64 | $206.64 |
| | | **Total:** | | **$432.64** |