Honorable August B. Landis
United States Bankruptcy Judge

DAVID A. RIGGI, ESQ.
Nevada Bar No. 4727
RIGGI LAW FIRM
7900 W. Sahara Ave., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7777
Facsimile: (888) 306-7157
Email: riggilaw@gmail.com
Attorney for Justin Cotton-Eugene,
Class Representative

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**DIGITAL DOLPHIN PRODUCTS, LLC,**<br>a Nevada limited liability company,<br><br>Debtor. | Case No. 26-11119-abl<br>Chapter 11, Subchapter V<br><br>Hearing Date: August 5, 2026<br>Hearing Time: 1:30 p.m.<br><br>Continued Hearing Date: August 28, 2026<br>Continued Hearing Time: 3:00 p.m. |

## ORDER GRANTING OMNIBUS MOTION FOR ORDER APPLYING FEDERAL RULE OF CIVIL PROCEDURE 23 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7023 AND RECOGNIZING CERTIFICATION OF THREE CLASSES

Justin Cotton-Eugene, the duly appointed class representative (the “Class Representative”) of three classes of former employees of the Debtor and its California affiliate (collectively, the “Classes” or “Claimants”) certified pre-petition by the Superior Court of the State of California for the County of Los Angeles (the “State Court”) in Case No. 21STCV00223, having filed his

*Omnibus Motion for Order Applying Federal Rule of Civil Procedure 23 Pursuant to Federal Rule of Bankruptcy Procedure 7023 and Recognizing Certification of Three Classes* [ECF No. 164] (the "Motion")[1], supported by the *Omnibus Declaration of Dan Terzian* [ECF No. 165]; Brian D. Shapiro, the Liquidating Trustee of the Debtor (the "Liquidating Trustee"), having filed his *Opposition to Omnibus Motion for Order Applying Federal Rule of Civil Procedure 23 Pursuant to Federal Rule of Bankruptcy Procedure 7023 and Recognizing Certification of Three Classes* [ECF No. 199]; the Court having reviewed and considered the Motion, the Opposition, and all other papers filed in support of and in opposition to the Motion; the Court having held a hearing on the Motion on August 5, 2026 at 1:30 p.m., with all appearances having been noted on the record, and having heard and considered the arguments of counsel at that hearing; the Court having thereafter taken the matter under advisement for an oral ruling issued at a subsequent hearing held on August 28, 2026 at 3:00 p.m., wherein the Court stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; appropriate notice of the Motion having been given; and good cause appearing;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Motion is **GRANTED** in its entirety.

2. Pursuant to Fed. R. Bankr. P. 7023, Fed. R. Civ. P. 23 is hereby made applicable to the proofs of claim filed on behalf of each of the three Classes in this case, being Claim Nos. 16-1, 17-1 and 18-1, and each such proof of claim may be prosecuted as a class proof of claim.

3. The State Court's pre-petition certification of each of the three Classes, entered by order of February 8, 2023 and as set forth in the *Notice of Ruling re: Cross-Plaintiff Justin Cotton's*

[1] Unless otherwise indicated, all capitalized terms used herein shall have the same meanings ascribed to them in the Motion.

*Motion for Class Certification* entered February 10, 2023, is recognized by this Court. The Classes are defined as follows:

(a) Class 1 (the "PPE Class"): all Digital Dolphin (California) employees who made any sales of PPE (where the commission was underpaid due to Digital Dolphin's paying based on a unit cost number that was higher than its actual cost), DDS warehouse, or CleanzGuard products on or after January 1, 2020;

(b) Class 2 (the "Loan Class"): all Digital Dolphin (California) employees who were loaned or advanced any money under Digital Dolphin (California)'s Magic Number and Bank commission advancement or loan policy; and

(c) Class 3 (the "Toner Class"): all Digital Dolphin (California) employees who made any sales of toner (at any point from September 22, 2017 to the present) that Digital Dolphin (California) bought from Aster Graphics, Ninestar, Royal Imaging, or Supplies Wholesalers.

4. Justin Cotton-Eugene is confirmed and approved as the Class Representative for each of the three Classes.

5. Warren Terzian LLP is confirmed and approved as Class Counsel for each of the three Classes.

6. Notice of the certification of the Classes and of this Order shall be given in such manner as is reasonable under the circumstances, and the Class Representative is authorized to provide such notice.

7. The Court reserves jurisdiction over the interpretation, implementation and enforcement of this Order.

**IT IS SO ORDERED.**

# # #

Submitted by:

**RIGGI LAW FIRM**
By: /s/ David A. Riggi
DAVID A. RIGGI, ESQ.
Attorney for Claimants

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014.1(d), and that no party has objected to the form or content of the order.

**APPROVED / ~~DISAPPROVED:~~**

**BRIAN D. SHAPIRO, LIQUIDATING TRUSTEE**

By: *_/s/ Brian D. Shapiro_*

BRIAN D. SHAPIRO
9750 W. Skye Canyon Park Dr., Suite 160-174
Las Vegas, Nevada 89166
Telephone: (702) 386-8600
Facsimile: (702) 383-0994
Email: brian@trusteeshapiro.com
Liquidating Trustee of Digital Dolphin Products, LLC